No. 263. FLORENCE PRINTING Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied. *D. Laurence McIntosh* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli*

and *Norton J. Come* for National Labor Relations Board, and *Gerhard P. Van Arkel* and *George Kaufmann* for Charleston Typographical Union No. 43, respondents.

